UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANDREW DAYS
115 Polifly Road, #2H
Hackensack, New Jersey 07601
Ph. (646) 352-2349
eMail:andrewarcher9@yahoo.com
Pro Se

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | Civil Action No. 2-14-cv-05337-SRC-CLW |
| v. | CIVIL ACTION |
| **ANDREW DAYS,** | RETURN DATE: |
| Defendant. | **NOTICE OF MOTION TO DISMISS COMPLAINT** |
| | Document Filed By Regular Mail |

TO:  Patrick J. Cerillo, Esq.
     4 Walter Foran Boulevard, Suite 402
     Flemington, NJ 08822
     eMail: pjcerillolaw@comcast.net
     *Attorney for Plaintiff*

PLEASE TAKE NOTICE that on _____, 2015, at 10:00 a.m., or as soon thereafter as counsel be heard, plaintiffs shall move before the Hon. Stanley R. Chesler, U.S.D.J., at the United States District Court, 50 Walnut Street, Newark, New Jersey, for an Order Dismissing plaintiff's Complaint, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. R. 12(b)(6), and for other and further relief as the Court deems necessary and proper.

PLEASE TAKE FURTHER NOTICE that this defendant shall rely on the Brief annexed hereto.

Any opposition must be served and filed at least fourteen days prior to the return date of this motion.

                                                    ANDREW DAYS
                                                    Defendant Pro Se

Dated: April 22, 2015                By:   /s/ Andrew Days
                                                            Andrew Days
                                                             eMail: andrewarcher9@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANDREW DAYS
115 Polifly Road, #2H
Hackensack, New Jersey 07601
Ph. (646) 352-2349
eMail:andrewarcher9@yahoo.com
Pro Se

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Stanley R. Chesler, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 2-14-cv-05337-SRC-CLW |
| v. | CIVIL ACTION |
| **ANDREW DAYS,** | **CERTIFICATION OF SERVICE** |
| *Defendant.* | |

1. I, Andrew Days, defendant, hereby certify that on April 22, 2015, I mailed this defendant's Notice of Motion to Dismiss the Complaint, along with defendant's Brief and proposed form of Order, with the Clerk of the District Court using regular mail, which sent notification of such filing to the following:

   Patrick J. Cerillo, Esq.
   4 Walter Foran Boulevard, Suite 402
   Flemington, NJ 08822
   eMail: pjcerillolaw@comcast.net

2. On April 22, 2015, I also placed into the U.S. mail a courtesy copy of all moving papers to the Hon. Stanley R. Chesler, U.S.D.J., United States District Court, 50 Walnut Street, Newark, New Jersey 07102, via regular mail.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 22, 2015

/s/ Andrew Days
Andrew Days
eMail: andrewarcher9@yahoo.com

Andrew Days
115 Polifly Road #2H
Hackensack, NJ 07601

APR 23 2015

Clerk's office
50 Walnut Street
Newark, 07101

U.S. POSTAGE
PAID
HACKENSACK, NJ
07601
APR 22, 15
AMOUNT
$1.40
0009244-05

07101
0009244-05

07101023551